In the Matter of the Appraisal under the Act in Relation to Taxable Transfers of Property · of the Estate of ·GEORGE KEMP, Deceased.

*In the Matter of Estate of George Kemp, Decd.,* 7 App. Div. 609, affirmed.
(Argued October 19, 1896 ; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 21, 1896, which modified, and as modified affirmed, a decree of the surrogate of New York county assessing a transfer tax against the property of George Kemp, deceased.

*Treadwell Cleveland* and *William V. Rowe* for executors, appellants.

*Emmet R. Olcott* and *Edgar J. Levey* for the comptroller of the city of New York, respondent.

Order affirmed, with costs, on opinion below.
All concur.